# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WAYNE ALBRIGHT, ) | |
| ID # LD2593, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:15-CV-2104-M (BH) |
| ) | |
| DAVID ERIC CASEBOLT, et al., ) | Referred to U.S. Magistrate Judge |
|     Respondents. ) | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. This case is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**DATED this 17th day of November, 2015.**

**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**